JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 42 ENTERTAINMENT, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE PETERS, BEHNAM KARBASSI, and NO MIMES MEDIA, LLC, a California limited liability company,<br><br>    Defendants. | Case No.: 2:13-cv-00848 CAS-JEM<br><br>[Hon. Christina A. Snyder - Crtrm 5]<br><br>**[PROPOSED]** **ORDER RE: DISMISSAL**<br><br>Date Action Filed:  February 6, 2013 |

Notice having been given that this action has settled pursuant to the terms of a written settlement agreement, and the parties having requested that this order be entered, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed in its entirety with prejudice.  Each Party shall bear its own attorney's fees and costs.

This Court shall retain jurisdiction for the purpose of enforcing the parties' settlement agreement, the terms of which are incorporated herein by reference.

Dated:  May 29, 2013

\_\_\_\_ *Christina A. Snyder* \_\_\_\_
UNITED STATES DISTRICT JUDGE